

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-206-CR

GUILLERMO LUGO                                                        APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the appellant's "Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* TEX. R. APP. P. 43.2(f).

PER CURIAM

PANEL D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DO NOT PUBLISH

T<small>EX</small>. R. A<small>PP</small>. P. 47.2(b)


DELIVERED: June 26, 2008